Michael J. Reed (SBN 122324)
Attorney at Law
E-mail: mreed10202@aol.com
60 Creek Tree Lane
Alamo, CA  94507
Telephone:  (925) 743-8353
Facsimile:  (734) 468-6168
Attorney for Plaintiff
Rupam Patel

*E-Filed: February 2, 2015*

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RUPAM PATEL<br><br>            Plaintiff,<br><br>vs.<br><br>ZALE DELAWARE, INC. and DOES 1-50,<br><br>            Defendants | Case No.  5:14-cv-04359-HRL<br><br>JOINT STIPULATION FOR DISMISSAL; [PROPOSED] ORDER<br><br>(Santa Clara County Superior Court Case No. 114CV265736)<br><br>Complaint Served:  August 28, 2014 |

   IT IS HEREBY STIPULATED by and between the parties to this action, through their undersigned counsel, that the above-captioned action be and hereby is *dismissed with prejudice* pursuant to Fed. R. Civ. Pro. Rule 41(a)(1).

   IT IS FURTHER STIPULATED by and between the parties that each party shall bear its own attorneys' fees and costs of suit.

Dated: January 29, 2015              By:_____/S/_____
                                                          Michael J. Reed
                                                          Law Offices of Michael J. Reed
                                                          Attorneys for Plaintiff Rupam Patel

1  Dated: January 29, 2015        By:_____/S/_____
2                                 Eden E. Anderson
                                  SEYFARTH SHAW LLP
                                  Attorneys for Defendant ZALE
3                                 DELAWARE, Inc.
4

5                        **SIGNATURE ATTESTATION**

6       Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this
7  document has been obtained from the other signatory.
8

9  Dated: January 29, 2015        By:_____/S/_____
                                  Michael J. Reed
10                                Law Offices of Michael J. Reed
                                  Attorneys for Plaintiff Rupam Patel
11

12
                                 **[PROPOSED] ORDER**
13
        In view of the parties' Stipulation, the Court orders the above-captioned action be
14
    dismissed with prejudice. Each party to this action shall bear its own attorneys' fees and
15
    costs of suit.
16

17

18
    Dated: February 2, 2015       By:_____
19                                Honorable Howard R. Lloyd
                                  MAGISTRATE JUDGE OF THE UNITED
20                                STATES DISTRICT COURT

21  (D384.008 ND)

22

23

24

25

26

27

28